CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
COSCO EUROPE BULK SHIPPING GMBH

                Plaintiff,

                                08 CV _____

    v.

                                **RULE 7.1 STATEMENT**

CARGILL INTERNATIONAL S.A.,

                Defendant.
------------------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff COSCO EUROPE BULK SHIPPING GMBH, certifies that it is a subsidiary of China COSCO Holdings Company Limited, which is publicly traded on the Hong Kong Stock Exchange.

Dated: Port Washington, New York
       May 2, 2008

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff

                By: _____
                                        Eugene J. O'Connor (EO-9925)
                                        Timothy Semenoro (TS-6847)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel: (516) 767-3600 / Fax: (516) 767-3605