```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08
```

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Eugene J. O'Connor (EO-9925)
Timothy Semenoro (TS-6847)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
COSCO EUROPE BULK SHIPPING GMBH,

      Plaintiff,

              08 CV 4227 (PKC)

v.

              **NOTICE OF VOLUNTARY**
CARGILL INTERNATIONAL S.A.     **DISMISSAL AND ORDER**

      Defendant.
------------------------------------------------------------X

  PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by Plaintiff as to the named Defendant pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. No costs are to be assessed to any party.

  FURTHERMORE, all property, including assets, accounts, electronic fund transfers, funds, etc., of Defendant CARGILL INTERNATIONAL S.A., currently attached and held by any and all garnishee banks pursuant to the Court's Order for Issuance of Process of Maritime Attachment, dated May 6, 2008, and corresponding Process of Maritime Attachment and Garnishment, including any Supplemental Process, are to be:

  A.  Released to the Defendant (i.e. allow wire transfers to proceed as per their original routing instructions, unless otherwise directed);

  B.  In particular, garnishee bank Citibank, NA, is to release the attached funds in the following manner: (1) the attachment of $ 1, 410,420.90 (Cargill/beneficiary) is to be released as per the original wiring instructions; (2) the attachment of $

774,777.95 (Cargill/originator) is to be released as per the original wiring instructions; (3) the attachment of $ 61,724.05 (Cargill/originator) is to be returned to Cargill International SA; (4) the attachment of $ 30,994.65 (Cargill/originator) is to be returned to Cargill International SA; (5) the attachment of $ 28,687.50 (Cargill/originator) is to be released as per the original wiring instructions; and (6) the attachment of $ 194,912.87 (Cargill/originator) ($396,127.16 minus excess) is to be released as per the original wiring instructions; and

  C. Otherwise, said attachments are vacated.

Dated: Port Washington, New York
   May 20, 2008

            CHALOS, O'CONNOR & DUFFY
            Attorneys for Plaintiff

      By: _____
            Eugene J. O'Connor (EO-9925)
            Timothy Semenoro (TS-6847)
            366 Main Street
            Port Washington, New York 11050
            Tel: 516-767-3600 / Fax: 516-767-3605

SO ORDERED:

_____
Hon. Kevin P. Castel, U.S.D.J.

5-19-08

2